LAW LIBRARY

NO. 29147

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

JEAN R. KIKUMOTO
CLERK, APPELLATE COURTS
STATE HAWAI'I

2010 APR -5 AM 9:36

FILED

In the Matter of the Adoption of

A FEMALE CHILD, BORN ON OCTOBER 3, 2004,
by P.N. and J.N., Petitioners-Appellants.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-A NO. 04-1-0029)

ORDER OF CORRECTION
(By:  Moon, C.J., for the court[1])

IT IS HEREBY ORDERED that the reference to the family court's case number in the (1) "Order Affirming in Part and Vacating in Part the Family Court of the Fifth Circuit's April 24, 2008 Order Dismissing Adoption Proceedings and Vacating the Memorandum Opinion and Judgment of the Intermediate Court of Appeals," filed March 4, 2010, and (2) "Judgment of Appeal," filed March 31, 2010, be corrected to read:  "FC-A NO. **04**-1-0029" and not "FC-A NO. 01-1-0029."

The Clerk of the Court is directed to incorporate the foregoing change in the above-referenced documents and take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawai'i, April 5, 2010.

FOR THE COURT:

Chief Justice

[1]  Court:  Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.